1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

CORNELIUS JEFFERS,

12              Plaintiff,

13      v.

14  ANDRES RANDEL, *et al.*,

15              Defendants.

16

17

Case No.  1:25-cv-00855-KES-CDB

ORDER DIRECTING PLAINTIFF TO FILE
LONG FORM APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

(Doc. 2)

**21-DAY DEADLINE**

18      Plaintiff Cornelius Jeffers ("Plaintiff") proceeding pro se initiated this action with the filing

19  of a complaint on July 15, 2025.  (Doc. 1).  Plaintiff did not pay the filing fee in this action and,

20  instead, applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

21      Pending before the Court is Plaintiff's application to proceed *in forma pauperis*.  (Doc. 2).

22  Because the application demonstrates that Plaintiff's income and resources could be above the

23  poverty threshold and the information provided is insufficient for the Court to determine whether

24  Plaintiff is entitled to proceed without prepayment of fees in this action, the Court will order

25  Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees

26  or Costs (Long Form)—AO 239.

27      If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must

28  pay the filing fee in full.

1

**Conclusion and Order**

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to forward to Plaintiff Cornelius Jeffers an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239; and

2. **Within 21 days** of service of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239.

**Any failure by Plaintiff to timely comply with this order will result in a recommendation that the action be dismissed.**

IT IS SO ORDERED.

Dated:   **July 17, 2025**

_____

UNITED STATES MAGISTRATE JUDGE