UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS JEFFERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDRES RANDEL, *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-00855-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 4) |

　　　　Plaintiff Cornelius Jeffers ("Plaintiff"), proceeding pro se, filed this civil action on July 15, 2025. (Doc. 1). Plaintiff has not paid the $405.00 filing fee and submitted a motion to proceed *in forma pauperis* ("IFP"). (Doc. 2). The Court directed Plaintiff to file a long-form IFP application on July 17, 2025. (Doc. 3). Plaintiff submitted his long-form application on August 6, 2025. (Doc. 4).

　　　　The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such [person] possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Here, the Court has reviewed Plaintiff's long-form application (Doc. 4) and finds the requirements of 28 U.S.C. § 1915(a) are satisfied.

　　　　As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court is authorized to conduct an initial review of all pro se complaints where the plaintiff

proceeds IFP to determine whether the complaint is legally sufficient under the applicable pleading standards. *See Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) ("section 1915(e) applies to all in forma pauperis complaints, not just those filed by prisoners"). The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.

Plaintiff's complaint will be screened in due course. If appropriate after the case has been screened, the Clerk of the Court will provide Plaintiff with the requisite forms and instructions to request the assistance of the United States Marshal in serving Defendants pursuant to Federal Rule of Civil Procedure 4.

**Conclusion and Order**

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (Doc. 4) is GRANTED. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **August 11, 2025**

UNITED STATES MAGISTRATE JUDGE