UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS JEFFERS,<br>Plaintiff,<br>v.<br>ANDRES RANDEL, *et al.*,<br>Defendants. | Case No. 1:25-cv-00855-KES-CDB<br>ORDER ON MOTION FOR STATUS<br>(Doc. 6) |

Plaintiff Cornelius Jeffers ("Plaintiff") initiated this action with the filing of a complaint on July 15, 2025, against Defendants Andres Randel, Rudy Ulloa-Bergumen, James Jones, and the City of Bakersfield. (Doc. 1).

On August 5, 2026, Plaintiff filed a motion in which he states he "has not received a conformed copy of the summons and complaint" and that he "seeks to know if his complaint is still being screened by the Court," as well as whether he can serve the Defendants with a copy of the complaint, whether any Defendant filed a responsive pleading, and whether to begin preparing for discovery requests. (Doc. 6 at 2).

Plaintiff was advised in the order granting his motion to proceed *in forma pauperis* that the Court is authorized to conduct an initial review of the complaint to determine whether it is legally sufficient under the applicable pleading standards. (Doc. 5 at 2; citing 28 U.S.C. §

1915(e)(2) & *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000)). Plaintiff was further advised that, if appropriate after screening, the Clerk of the Court will provide Plaintiff with the requisite forms and instructions to request the assistance of the United States Marshal in serving the Defendants with the summons and complaint. *Id.*

As screening remains pending by the Court, summonses have not been issued and service of process upon Defendants has not been ordered.

The undersigned regrets the case management delays that are inevitable in the Eastern District of California given its judicial resource emergency that has persisted for more than a decade.[1] Most recently, the District has shouldered one of the largest volumes of immigration habeas corpus petitions in the nation, with more than 5,000 new petitions filed already in 2026, representing a 400% increase compared to all of 2025, and an over 13,000% increase from all of 2024.

Plaintiff is advised that the complaint will be screened as soon as is practicable given the Court's tremendous workload.

Accordingly, for the above-stated reasons, Plaintiff's motion for status (Doc. 6) is GRANTED.

IT IS SO ORDERED.

Dated: **August 7, 2026**

UNITED STATES MAGISTRATE JUDGE

[1] Eastern District of California Judicial Emergency, *accessible at* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/ (last visited August 7, 2026).